FILED
CHARLOTTE, NC

JUN 22 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | Case No. 3:15-MJ-235 |
| | ) | |
| 5470 ROSE CARSWELL ROAD | ) | |
| MORGANTON, NC 28655 | ) | ORDER TO SEAL SEARCH WARRANT, AFFIDAVIT AND APPLICATION |
| | ) | |

UPON MOTION of the United States of America for an order directing that the Search Warrant, Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter, to prevent the destruction of evidence and prevent potential influence of witnesses until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit and Application, the Motion to Seal and this Order be **SEALED** until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19th day of June 2015.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE